IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LUIS ERNESTO ARAUJO MOLINA, § § § | |
| Petitioner, § § | |
| v. § § | CAUSE NO. EP-25-CV-551-KC |
| EL PASO SERVICE PROCESSING CENTER et al., § § § § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On November 18, 2025, Respondents filed a Motion for Reconsideration ("Motion"), ECF No.8, and an Advisory to the Court ("Advisory"), ECF No. 9.

Respondents inform the Court that on November 14, 2025, the same day that Yessica Molina Hernandez, on behalf of Luis Ernesto Araujo Molina, filed a Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, Immigration and Customs Enforcement ("ICE") removed Araujo Molina from the United States. Advisory 1. Thus, Respondents argue, the Petition is moot because the relief sought—release from detention—has already occurred. Mot. 1.

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Here, the Petition sought Araujo Molina's release as well as immediate medical treatment, regular access to diabetes medication, and communication access. Pet. ¶¶ 2–3. Because Araujo Molina has now been removed from the United States, and thus,

released from ICE custody, the requested relief—all of which pertains to his conditions of confinement—can no longer be effected. Thus, the Petition is moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED**.

**IT IS FURTHER ORDERED** that all deadlines in this case are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 19th day of November, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE